CHARLES MCNAMARA, Respondent, *v.* THE CITY OF NEW
YORK, Appellant.

*McNamara* v. *City of New York,* 143 App. Div. 939, affirmed.
(Argued February 2, 1912; decided February 13, 1912.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the second judicial department,
entered March 28, 1911, affirming a judgment in favor of
plaintiff entered upon a verdict in an action to recover
for personal injuries alleged to have been sustained
by plaintiff through the negligence of defendant, his
employer.

*Archibald R. Watson, Corporation Counsel (James
D. Bell* and *J. W. Johnson* of counsel), for appellant.

*Frank W. Holmes* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD
BARTLETT, HISCOCK, CHASE and COLLIN, JJ.